UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:                                                          Chapter 11

RX Plus, LLC,                                                Case No. 19-40776 (NHL)

        Debtor.

-------------------------------------------------------X

**NOTICE OF HEARING FOR AN INTERIM ORDER AUTHORIZING DEBTOR-IN-POSSESSION RX PLUS, LLC TO UTILIZE CASH COLLATERAL OF FLUSHING BANK, CARDINAL HEALTH 110, LLC AS SUCCESSOR-BY-MERGER TO KINRAY LLC, SKYFI CAPITAL PARTNERS, INC. AND ROCHESTER DRUG COOPERATIVE AS SET FORTH IN THE APPLICATION PURSUANT TO 11 U.S.C. §§ 105, 361 AND 363 AND AUTHORIZING THE DEBTOR TO PAY ADEQUATE ASSURANCE TO THE DEBTOR'S VARIOUS UTILITY COMPANIES PURSUANT TO § 366 OF THE BANKRUPTCY CODE**

      PLEASE TAKE NOTICE, that on February 13, 2019 at 1:00 p.m., RX Plus, LLC, the debtor and debtor-in-possession herein (the "Debtor"), by its proposed counsel, Weinberg, Gross & Pergament LLP, will move before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, United States Bankruptcy Court, 271-C Cadman Plaza East, Room 3577, Brooklyn, New York on February 13, 2019 at 1:00 p.m. or as soon thereafter as counsel may be heard for an Order: (a) pursuant to §§ 105, 361 and 363 of title 11 of the United States Code (the "Bankruptcy Code") authorizing the Debtor to utilize the Cash Collateral of Flushing Bank, Cardinal Health 110, LLC as Successor-By-Merger To Kinray LLC, Skyfi Capital Partners, Inc. and Rochester Drug Cooperative, Inc.; and (b) pursuant to § 366 of the Bankruptcy Code authorizing the Debtor to pay adequate assurance to the Debtor's utility companies ("Application").

      PLEASE TAKE FURTHER NOTICE, that a copy of the Application is available for inspection at the office of the Clerk of the United States Bankruptcy Court during normal business

hours at the Conrad B. Duberstein Courthouse, 271-C Cadman Plaza East, Brooklyn, New York 11201 or may be obtained by contacting the undersigned.

PLEASE TAKE FURTHER NOTICE, that the Debtor has given notice of the Hearing of the Application and the exhibits thereto to (i) all secured creditors and their counsel, if known; (ii) the Office of the United States Trustee; (iii) the Debtor's twenty largest unsecured creditors; (iv) the utility companies affected by the motion authorizing the payment of adequate assurance (collectively, the "Notice Parties"); and all parties having filed a notice of appearance by facsimile or electronic mail or by express mail or other overnight delivery service on or before February 11, 2019; and it is further

PLEASE TAKE FURTHER NOTICE, that Objections to the Application shall be filed as follows: (a) (i) through the Bankruptcy Court's electronic filing system (in accordance with Order No. 476), which may be accessed through the Internet at the Bankruptcy Court's website: www.nyeb.uscourts.gov, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph. A hard copy of the objection, whether filed pursuant to section (a), (b) or (c), as set forth in this paragraph, shall be hand-delivered directly to the Chambers of the Honorable Nancy Hershey Lord, and a hard copy shall be served upon the Debtor's counsel, Weinberg, Gross & Pergament LLP, 400 Garden City Plaza, Suite 403, Garden City, New York 11530, Attention: Marc A. Pergament Esq., the Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014, Attention, Nazar Khodorovsky,

Esq., and filed with the Clerk of the Bankruptcy Court, with a copy to chambers on or before February 13, 2019 at 11:00 a.m.

Dated: Garden City, New York
       February 11, 2019

                                       Weinberg, Gross & Pergament LLP
                                       Proposed Attorneys for Debtor and
                                       Debtor-in-Possession RX Plus, LLC

By:   /s/ Marc A. Pergament
       Marc A. Pergament
       400 Garden City Plaza, Suite 403
       Garden City, New York 11530
       (516) 877-2424